IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE AMERICAN CIVIL LIBERTIES UNION OF ILLINOIS, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 1:10-cv-05235 |
| v. | ) ) | Judge Conlon |
| ANITA ALVAREZ, Cook County State's Attorney, in her official capacity, | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiff the American Civil Liberties Union of Illinois ("the ACLU") respectfully moves that this Court enter a preliminary injunction prohibiting defendant Anita Alvarez, in her official capacity as the Cook County State's Attorney, from prosecuting plaintiff the ACLU, and its officers, board members, employees, agents, and volunteers, under the Illinois Eavesdropping Act, 720 ILCS 5/14-1, *et seq.* ("the Act"), for audio recording police officers, without the consent of the officers, when: (1) the officers are performing their public duties; (2) the officers are in public places; (3) the officers are speaking at a volume audible to the unassisted human ear; and (4) the manner of recording is otherwise lawful. In support of this motion, Plaintiff relies upon the memorandum in support submitted contemporaneously herewith.

DATED: September 3, 2010

Respectfully submitted:

s/ Richard J. O'Brien

─────────────────────────────
Counsel for plaintiff

| | |
|---|---|
| HARVEY GROSSMAN | RICHARD J. O'BRIEN |
| ADAM SCHWARTZ | LINDA R. FRIEDLIEB |
| KAREN SHELEY | MATTHEW D. TAKSIN |
| Roger Baldwin Foundation of ACLU, Inc. | Sidley Austin LLP |
| 180 N. Michigan Ave. Suite 2300 | One South Dearborn |
| Chicago, IL 60601 | Chicago, IL 60603 |
| (312) 201-9740 | (312) 853-7000 |

CH1 5442112v.1