IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE AMERICAN CIVIL LIBERTIES UNION OF ILLINOIS, <br><br> Plaintiff, <br><br> v. <br><br> ANITA ALVAREZ, Cook County State's Attorney, in her official capacity, <br><br> Defendant. | Case No. 1:10-cv-05235 <br><br> Judge Conlon |

## NOTICE OF MOTION

TO: Paul Anthony Castiglione
Patrick T. Driscoll, Jr.
Jeffrey McCutchan
Donald J. Pechous
James Charles Pullos
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, Illinois 60602

PLEASE TAKE NOTICE, that on October 13, 2010 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Suzanne B. Conlon in Room 1003, at 219 S. Dearborn Street, Chicago, Illinois, and then there present the attached **PLAINTIFF ACLU'S MOTION TO FILE SUPPLEMENTAL EXHIBIT TO ITS COMBINED REPLY REGARDING PRELIMINARY INJUNCTION AND DISMISSAL**, a copy of which is hereby served upon you.

Dated: October 7, 2010

Respectfully submitted,

By: \_\_\_\_\_/s/ Harvey Grossman\_\_\_\_\_
One of the Plaintiffs' Attorneys

| | |
|---|---|
| HARVEY GROSSMAN | RICHARD J. O'BRIEN |
| ADAM SCHWARTZ | LINDA R. FRIEDLIEB |
| KAREN SHELEY | MATTHEW D. TAKSIN |
| Roger Baldwin Foundation of ACLU, Inc. | Sidley Austin LLP |
| 180 N. Michigan Avenue, Suite 2300 | One South Dearborn |
| Chicago, Illinois 60601 | Chicago, IL 60603 |
| (312) 201-9740 | (312) 853-7000 |

## **CERTIFICATE OF SERVICE**

I, Harvey Grossman, an attorney, hereby certify that on the 7th day of October, 2010, I served to the party listed below a true and correct copy of **PLAINTIFF ACLU'S NOTICE OF MOTION TO FILE SUPPLEMENTAL EXHIBIT TO ITS COMBINED REPLY REGARDING PRELIMINARY INJUNCTION AND DISMISSAL**, via ECF electronic delivery, before the hour of 4:30 pm.

By:     /s/ Harvey Grossman
    One of the Plaintiffs' Attorneys

TO:    Paul Anthony Castiglione
    Patrick T. Driscoll, Jr.
    Jeffrey McCutchan
    Donald J. Pechous
    James Charles Pullos
    Cook County State's Attorney's Office
    500 Richard J. Daley Center
    Chicago, Illinois 60602