# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 10 C 5235 | DATE | 10/13/2010 |
| CASE TITLE | AMERICAN CIVIL LIBERTIES UNION OF ILLINOIS vs. ANITA ALVAREZ | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to file supplemental exhibit to its combined reply regarding preliminary injunction and dismissal [27] is granted. Status hearing set on October 13, 2010 is vacated pending disposition of the motions to dismiss [19] and for preliminary injunction [16].

*/s/ Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | air |
|---|---|---|