# UNITED STATES DISTRICT COURT
for the
## Northern District of Illinois

The American Civil Liberties Union of Illinois, )
    *Plaintiff* )
v. )
Anita Alvarez, Cook County State's Attorney, in her )    Civil Action No.   10 C 5235
official capacity )
    *Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other:
   The case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Suzanne B. Conlon   on a motion to   dismiss

Date:   10/28/2010

Michael W. Dobbins, Clerk of Court

/S/ Alberta Rone, Deputy Clerk