# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 10 C 5235 | DATE | 1/10/2011 |
| CASE TITLE | THE AMERICAN CIVIL LIBERTIES UNION OF ILLINOIS v. ANITA ALVAREZ | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to amend judgment and to file an amended complaint [35] is denied. Plaintiff's renewed motion for a preliminary injunction is moot. ENTER MEMORANDUM OPINION AND ORDER.

*Suzanne B. Conlon*

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.
*Mail AO 450 form.

Courtroom Deputy Initials: AIR