

# United States DistrictCourt
### NORTHERN DISTRICT OF ILLINOIS
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**

CLERK 312-435-5670

February 23, 2011

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: *American Civil Liberties Union -v- Alvarez*

U.S.D.C. DOCKET NO. **10 cv 5235**

U.S.C.A. DOCKET NO. : **11-1286**

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

ELECTRONIC VOLUME(s) OF PLEADING(S):  *1*

ELECTRONIC VOLUME(S) of TRANSCRIPTS:

VOLUME(S) OF PLEADING(S)

VOLUME(S) OF TRANSCRIPT(S)

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                        Very truly yours,

                                        Michael W. Dobbins, Clerk

                                        By /s/ D. Jordan,  Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*1 Volume of Pleadings*

In the cause entitled: American Civil Liberties Union -v- Alvarez.

USDC NO.    : 10 cv 5235

USCA NO.    : 11-1286

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 23rd day of Feb. 2011.

        MICHAEL W. DOBBINS, CLERK

        By: /s/ D. Jordan, Deputy Clerk

**A TRUE COPY-ATTEST**
**MICHAEL W. DOBBINS, CLERK**
**By  s/ D. JORDAN**
**DEPUTY CLERK**
**U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**
**DATE: FEBRUARY 23, 2011**

APPEAL, SCHENKIER, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 4.2 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:10-cv-05235
## Internal Use Only

| | |
|---|---|
| American Civil Liberties Union of Illinois v. Alvarez | Date Filed: 08/19/2010 |
| Assigned to: Honorable Suzanne B. Conlon | Date Terminated: 10/28/2010 |
| | Jury Demand: None |
| Case in other court: 11-01286 | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |
| Cause: 42:1983 Civil Rights Act | |

**Plaintiff**

**American Civil Liberties Union of Illinois**   represented by   **Harvey Michael Grossman**
Roger Baldwin Foundation of ACLU, Inc.
180 North Michigan Avenue
Suite 2300
Chicago, IL 60601-7401
(312) 201-9740
Email: hgrossman@aclu-il.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen A. Sheley**
ACLU of Illinois
180 North Michigan Avenue
Suite 2300
Chicago, IL 60601
(312) 201-9740
Email: ksheley@ACLU-il.org
*ATTORNEY TO BE NOTICED*

**Linda Robin Friedlieb**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7314
Email: lfriedlieb@sidley.com

*ATTORNEY TO BE NOTICED*

**Matthew D Taksin**
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
(312) 853-7295
Email: mtaksin@sidley.com
*ATTORNEY TO BE NOTICED*

**Richard J. O'Brien**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
Email: robrien@sidley.com
*ATTORNEY TO BE NOTICED*

**Adam D. Schwartz**
Roger Baldwin Foundation of ACLU, Inc.
180 North Michigan Avenue
Suite 2300
Chicago, IL 60601-7401
(312) 201-9740
Email: aschwartz@aclu-il.org
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Anita Alvarez** represented by **Patrick T. Driscoll , Jr.**
Cook County State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-6461
Email: pdrisco@cookcountygov.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald J. Pechous**
Cook County State's Attorney

500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-6461
Email: dpechou@cookcountygov.com
*ATTORNEY TO BE NOTICED*

**James Charles Pullos**
Cook County State's Attorney's Office
500 Daley Center
Chicago, IL 60602
(312) 603-5105
Email: james.pullos@cookcountyil.gov
*ATTORNEY TO BE NOTICED*

**Jeffrey S. McCutchan**
Cook County State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-6461
Email: jmccutc@cookcountygov.com
*ATTORNEY TO BE NOTICED*

**Paul Anthony Castiglione**
Cook County State's Attorney's Office (69W)
69 W. Washington
Suite 3110
Chicago, IL 60602
(312) 603-1840
Email: pcastig@cookcountygov.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/19/2010 | 1 | COMPLAINT filed by American Civil Liberties Union of Illinois; Filing fee $ 350, receipt number 0752-5133594.(Schwartz, Adam) (Entered: 08/19/2010) |
| 08/19/2010 | 2 | CIVIL Cover Sheet (Schwartz, Adam) (Entered: 08/19/2010) |
| 08/19/2010 | 3 | ~~ATTORNEY Appearance for Plaintiff American Civil Liberties Union of Illinois by Adam D. Schwartz (Schwartz, Adam) (Entered: 08/19/2010)~~ |

| | | |
|---|---|---|
| 08/19/2010 | 4 | ATTORNEY Appearance for Plaintiff American Civil Liberties Union of Illinois by Harvey Michael Grossman (Grossman, Harvey) (Entered: 08/19/2010) |
| 08/19/2010 | 5 | ATTORNEY Appearance for Plaintiff American Civil Liberties Union of Illinois by Karen A. Sheley (Sheley, Karen) (Entered: 08/19/2010) |
| 08/19/2010 | | CASE ASSIGNED to the Honorable Suzanne B. Conlon. Designated as Magistrate Judge the Honorable Sidney I. Schenkier. (jn, ) (Entered: 08/19/2010) |
| 08/19/2010 | | SUMMONS Issued as to Defendant Anita Alvarez. (ef, ) (Entered: 08/19/2010) |
| 08/19/2010 | 6 | ATTORNEY Appearance for Plaintiff American Civil Liberties Union of Illinois by Richard J. O'Brien (O'Brien, Richard) (Entered: 08/19/2010) |
| 08/19/2010 | 7 | ATTORNEY Appearance for Plaintiff American Civil Liberties Union of Illinois by Linda Robin Friedlieb (Friedlieb, Linda) (Entered: 08/19/2010) |
| 08/19/2010 | 8 | ATTORNEY Appearance for Plaintiff American Civil Liberties Union of Illinois by Matthew D Taksin (Taksin, Matthew) (Entered: 08/19/2010) |
| 08/19/2010 | 9 | SUMMONS Returned Executed by American Civil Liberties Union of Illinois as to Anita Alvarez on 8/19/2010, answer due 9/9/2010. (Schwartz, Adam) (Entered: 08/19/2010) |
| 08/23/2010 | 10 | MINUTE entry before Honorable Suzanne B. Conlon: Status hearing set for October 13, 2010 at 09:00 A.M. At the status hearing, the parties are to report on the following: 1. Possibility of settlement in the case; 2. If no possibility of settlement exists, the nature and length of discovery necessary to get the case ready for trial. Plaintiff is directed to advise all other parties of the courts action herein and to forward a copy of the courts procedure guidelines to defendant(s). The standing order on case management procedures is available on the courts website at www.ilnd.uscourts.gov/JUDGE/CONLON/sbcpage.htm or can be picked up from the courtroom deputy in room 1744. Mailed notice(air, ) (Entered: 08/23/2010) |
| 08/27/2010 | 11 | ATTORNEY Appearance for Defendant Anita Alvarez by James Charles Pullos (Pullos, James) (Entered: 08/27/2010) |
| 08/30/2010 | 12 | ATTORNEY Appearance for Defendant Anita Alvarez by Patrick T. Driscoll, Jr (Driscoll, Patrick) (Entered: 08/30/2010) |
| 08/30/2010 | 13 | ATTORNEY Appearance for Defendant Anita Alvarez by Paul Anthony Castiglione (Castiglione, Paul) (Entered: 08/30/2010) |
| 08/30/2010 | 14 | ATTORNEY Appearance for Defendant Anita Alvarez by Donald J. Pechous (Pechous, Donald) (Entered: 08/30/2010) |
| 08/31/2010 | 15 | ATTORNEY Appearance for Defendant Anita Alvarez by Jeffrey S. |

| | | |
|---|---|---|
| | | McCutchan (McCutchan, Jeffrey) (Entered: 08/31/2010) |
| 09/03/2010 | 16 | MOTION by Plaintiff American Civil Liberties Union of Illinois for preliminary injunction (O'Brien, Richard) (Entered: 09/03/2010) |
| 09/03/2010 | 17 | NOTICE of Motion by Richard J. O'Brien for presentment of motion for preliminary injunction 16 before Honorable Suzanne B. Conlon on 9/9/2010 at 09:00 AM. (O'Brien, Richard) (Entered: 09/03/2010) |
| 09/03/2010 | 18 | MEMORANDUM by American Civil Liberties Union of Illinois in support of motion for preliminary injunction 16 (Attachments: # 1 Exhibit Ex. A, # 2 Exhibit Ex. B, # 3 Exhibit Ex. C-1, # 4 Exhibit Ex. C-2, # 5 Exhibit Ex. C, # 6 Exhibit Ex. D, # 7 Exhibit Ex. E)(O'Brien, Richard) (Entered: 09/03/2010) |
| 09/09/2010 | 19 | MOTION by Defendant Anita Alvarez to dismiss (Pullos, James) (Entered: 09/09/2010) |
| 09/09/2010 | 20 | NOTICE of Motion by James Charles Pullos for presentment of motion to dismiss 19 before Honorable Suzanne B. Conlon on 9/16/2010 at 09:00 AM. (Pullos, James) (Entered: 09/09/2010) |
| 09/09/2010 | 21 | MINUTE entry before Honorable Suzanne B. Conlon: Plaintiff's motion for a preliminary injunction 16 is taken under advisement. Defendant's response due September 29, 2010. Plaintiff's reply due by October 6, 2010. Mailed notice(air, ) (Entered: 09/13/2010) |
| 09/16/2010 | 22 | MINUTE entry before Honorable Suzanne B. Conlon: Motion to dismiss the plaintiff's complaint 19 is taken under advisement. Defendant's response due by October 6, 2010; plaintiff shall reply by October 13, 2010. Mailed notice(air, ) (Entered: 09/21/2010) |
| 09/29/2010 | 23 | RESPONSE by Anita Alvarezin Opposition to MOTION by Plaintiff American Civil Liberties Union of Illinois for preliminary injunction 16 (Attachments: # 1 Notice of Filing)(Pullos, James) (Entered: 09/29/2010) |
| 09/30/2010 | 24 | MOTION by Plaintiff American Civil Liberties Union of Illinoisto file a Consolidated Brief *(unopposed)* (Grossman, Harvey) (Entered: 09/30/2010) |
| 09/30/2010 | 25 | NOTICE of Motion by Harvey Michael Grossman for presentment of motion for miscellaneous relief 24 before Honorable Suzanne B. Conlon on 10/5/2010 at 09:00 AM. (Grossman, Harvey) (Entered: 09/30/2010) |
| 10/05/2010 | 29 | MINUTE entry before Honorable Suzanne B. Conlon: Plaintiff's unopposed motion to file consolidated brief not exceeding 30 pages 24 is granted. Mailed notice(air, ) (Entered: 10/08/2010) |
| 10/06/2010 | 26 | RESPONSE by American Civil Liberties Union of Illinoisin Opposition to MOTION by Defendant Anita Alvarez to dismiss 19 *and Reply in Support of Motion for Preliminary Injunction [Dock. 16]* (Attachments: # 1 Exhibit Ex. F, # 2 Exhibit Ex. G, # 3 Exhibit Ex. H, # 4 Exhibit Ex. I, # 5 Exhibit Ex. J, # 6 Exhibit Ex. K, # 7 Exhibit Ex. L, # 8 Exhibit Ex. M, # 9 Exhibit Ex. N, # 10 |

| | | |
|---|---|---|
| | | Exhibit Ex. O)(O'Brien, Richard) (Entered: 10/06/2010) |
| 10/07/2010 | 27 | MOTION by Plaintiff American Civil Liberties Union of Illinois to File Supplemental Exhibit to Its Combined Reply Regarding Preliminary Injunction and Dismissal (Grossman, Harvey) (Entered: 10/07/2010) |
| 10/07/2010 | 28 | ~~NOTICE of Motion by Harvey Michael Grossman for presentment of motion for miscellaneous relief 27 before Honorable Suzanne B. Conlon on 10/13/2010 at 09:00 AM. (Grossman, Harvey) (Entered: 10/07/2010)~~ |
| 10/13/2010 | 30 | REPLY by Defendant Anita Alvarez to motion to dismiss 19 (Attachments: # 1 Notice of Filing)(Pullos, James) (Entered: 10/13/2010) |
| 10/13/2010 | 31 | MINUTE entry before Honorable Suzanne B. Conlon: Plaintiff's motion to file supplemental exhibit to its combined reply regarding preliminary injunction and dismissal 27 is granted. Status hearing set on October 13, 2010 is vacated pending disposition of the motions to dismiss 19 and for preliminary injunction 16 . Mailed notice(air, ) (Entered: 10/13/2010) |
| 10/28/2010 | 32 | MINUTE entry before Honorable Suzanne B. Conlon: Defendant's motion to dismiss 19 is granted. Plaintiff's preliminary injunction motion 16 is moot. ENTER MEMORANDUM OPINION AND ORDER. Mailed notice(air, ) (Entered: 10/28/2010) |
| 10/28/2010 | 33 | MEMORANDUM Opinion and Order Signed by the Honorable Suzanne B. Conlon on 10/28/2010:Mailed notice(air, ) (Entered: 10/28/2010) |
| 10/28/2010 | 34 | ENTERED JUDGMENT Signed by the Honorable Suzanne B. Conlon on 10/28/2010:Mailed notice(air, ) (Entered: 10/28/2010) |
| 11/18/2010 | 35 | MOTION by Plaintiff American Civil Liberties Union of Illinois to alter judgment *, to file an amended complaint, and for a preliminary injunction* (O'Brien, Richard) (Entered: 11/18/2010) |
| 11/18/2010 | 36 | MEMORANDUM by American Civil Liberties Union of Illinois in support of motion to alter judgment 35 *, to file an amended complaint, and for a preliminary injunction* (Attachments: # 1 Exhibit Ex. 1 - Amended complaint, # 2 Exhibit Ex. 2 - Connell Declaration (with attached Exhibits A through I), # 3 Exhibit Ex. 3 - Carter Declaration)(O'Brien, Richard) (Entered: 11/18/2010) |
| 11/18/2010 | 37 | ~~NOTICE of Motion by Richard J. O'Brien for presentment of motion to alter judgment 35 before Honorable Suzanne B. Conlon on 11/23/2010 at 09:00 AM. (O'Brien, Richard) (Entered: 11/18/2010)~~ |
| 11/19/2010 | 38 | MINUTE entry before Honorable Suzanne B. Conlon: The ACLUs motion to amend judgment, to file an amended complaint, and for a preliminary injunction 35 is taken under advisement. Defendant shall respond by December 10, 2010; plaintiffs reply due by December 17, 2010. The motion will not be heard as noticed on November 23, 2010.Mailed notice(air, ) (Entered: 11/19/2010) |

| | | |
|---|---|---|
| 12/10/2010 | 39 | RESPONSE by Anita Alvarezin Opposition to MOTION by Plaintiff American Civil Liberties Union of Illinois to alter judgment *, to file an amended complaint, and for a preliminary injunction* 35 (Attachments: # 1 Notice of Filing)(Pullos, James) (Entered: 12/10/2010) |
| 12/16/2010 | 40 | REPLY by Plaintiff American Civil Liberties Union of Illinois to motion to alter judgment 35 *to file an amended complaint, and for a preliminary injunction* (Schwartz, Adam) (Entered: 12/16/2010) |
| 01/10/2011 | 41 | MINUTE entry before Honorable Suzanne B. Conlon: Plaintiff's motion to amend judgment and to file an amended complaint 35 is denied. Plaintiff's renewed motion for a preliminary injunction is moot. ENTER MEMORANDUM OPINION AND ORDER. Mailed notice(air, ) (Entered: 01/10/2011) |
| 01/10/2011 | 42 | MEMORANDUM Opinion and Order Signed by the Honorable Suzanne B. Conlon on 1/10/2011.Mailed notice(air, ) (Entered: 01/10/2011) |
| 02/04/2011 | 43 | NOTICE of appeal by American Civil Liberties Union of Illinois regarding orders 41 42 , 33 34 . Filing fee $ 455, receipt number 0752-5674814. (O'Brien, Richard) (Entered: 02/04/2011) |
| 02/04/2011 | 44 | ~~NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 02/04/2011)~~ |
| 02/04/2011 | 45 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 43 . Notified counsel (dj, ) (Entered: 02/04/2011)~~ |
| 02/04/2011 | 46 | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 43 ; USCA Case No. 11-1286. (smm) (Entered: 02/07/2011)~~ |

**KEY**

**All items are included in this record.**
**All crossed out items are not included in the record.**
**S/C: These items are sent under a separate certificate.**
**N/A: These items are not available.**