IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE AMERICAN CIVIL LIBERTIES UNION OF ILLINOIS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) | 
| ANITA ALVAREZ, Cook County State's Attorney, in her official capacity, | ) ) ) |
| Defendant. | ) |

Case No. 1:10-cv-05235

Judge Sharon Johnson Coleman

## ACLU'S MOTION FOR ENTRY OF AMENDED COMPLAINT AND PRELIMINARY INJUNCTION

Pursuant to the Seventh Circuit's decision in *Am. Civil Liberties Union of Illinois v. Alvarez*, 679 F.3d 583, 2012 WL 1592618 (7th Cir. 2012), plaintiff American Civil Liberties Union of Illinois (the "ACLU"), hereby moves for (1) the entry of its previously proffered amended complaint, including the addition of putative plaintiffs Colleen Connell and Allison Carter (Dkt. 36-1), and (2) the entry of a preliminary injunction against defendant Anita Alvarez as requested in the ACLU's previously filed motion for a preliminary injunction (Dkt. 16-18, 26) and previously filed motion to amend judgment, to file amended complaint and for a preliminary injunction (Dkt. 35-36, 40). In further support of this motion, the ACLU states as follows:

1. The ACLU filed this action on August 19, 2010, and its motion for a preliminary injunction on September 3, 2010. Dkt. 1, 16-18. The district court initially dismissed the case for lack of standing (Dkt. 32-33), thereby denying the preliminary injunction motion. The ACLU subsequently moved to alter judgment, to amend the complaint, and to enter a preliminary injunction. Dkt. 35-36, 40. The district court again dismissed the case. Dkt. 41-42.

2. The ACLU appealed to the Seventh Circuit. On May 8, 2012, the Seventh Circuit issued its opinion, reversing the judgment and remanding with the following instructions:

> The district court shall reopen the case and allow the amended complaint; enter a preliminary injunction enjoining the State's Attorney from applying the Illinois eavesdropping statute against the ACLU and its employees or agents who openly audio record the audible communications of law-enforcement officers (or others whose communications are incidentally captured) when the officers are engaged in their official duties in public places; and conduct such further proceedings as are consistent with this opinion.

*Am. Civil Liberties Union of Illinois*, 2012 WL 1592618, at *21.

3. The mandate of the Seventh Circuit issued on June 22, 2012. Accordingly, this Court should now enter the amended complaint and enter a preliminary injunction in the form of the proposed order attached hereto.

WHEREFORE, the ACLU respectfully requests that this Court grant the relief requested herein.

DATED: June 25, 2012

Respectfully submitted:

s/ Richard J. O'Brien_____
Counsel for plaintiff

| | |
|---|---|
| HARVEY GROSSMAN | RICHARD J. O'BRIEN |
| ADAM SCHWARTZ | LINDA R. FRIEDLIEB |
| KAREN SHELEY | MATTHEW D. TAKSIN |
| Roger Baldwin Foundation of ACLU, Inc. | Sidley Austin LLP |
| 180 N. Michigan Ave. Suite 2300 | One South Dearborn |
| Chicago, IL 60601 | Chicago, IL 60603 |
| (312) 201-9740 | (312) 853-7000 |

2

CH1 6832364v.3