# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| American Civil Liberties Union of Illinois, et al.<br><br>      Plaintiffs,<br><br>          v.<br><br>Anita Alvarez,<br><br>      Defendant. | Case No. 10 C 5235<br><br>The Honorable Judge<br>Sharon Johnson Coleman |

## NOTICE OF MOTION

To:    See Attached Service List

PLEASE TAKE NOTICE that on July 3, 2012 at 8:45 a.m., I shall appear before the Honorable Sharon Johnson Coleman in the courtroom usually occupied by her in Room 1425 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached *Motion Of Defendant Anita Alvarez To Stay Proceedings, Or Alternatively, To Stay Briefing Of Plaintiff's Motion For Summary Judgment To Allow Discovery*.

                                      ANITA ALVAREZ
                                      STATE'S ATTORNEY OF COOK COUNTY

           By:    /s/ James C. Pullos
                     James C. Pullos
                     Assistant State's Attorney
                     50 W. Washington St.
                     Chicago, IL 60602
                     (312) 603-5105

## CERTIFICATE OF SERVICE

I, James C. Pullos, Assistant State's Attorney, hereby certify that the attached motion was served upon the person named above on June 28, 2012 electronically via the ECF-CM system.

                                        /s/ James C. Pullos
                                        James C. Pullos

## **SERVICE LIST**

Harvey Grossman
Adam Schwartz
Karen Sheley
Catherine Itaya
ROGER BALDWIN FOUNDATION
OF ACLU, INC.
180 N. Michigan Ave., Suite 2300
Chicago, Illinois 60601

Richard J. O'Brien
Linda R. Friedlieb
Robert D. Leighton
Matthew D. Taskin
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603