# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

American Civil Liberties Union of Illinois

                      Plaintiff,

v.                                Case No.: 1:10−cv−05235

                                Honorable Sharon Johnson Coleman

Anita Alvarez

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 3, 2012:

      MINUTE entry before Honorable Sharon Johnson Coleman: Motion hearing held on 7/3/2012. Plaintiff's motion for preliminary injunction and entry of amended complaint[49] is granted. Enter Preliminary Injunction and Other Relief. Defendant 9;s motion to stay [60] is taken under advisement. Ruling will be forthcoming within the next week. Plaintiff's motion for summary judgment [56] is entered and continued pending the ruling on the defendant's motion to stay.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.