**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

The American Civil Liberties Union of
Illinois, et al.

                      Plaintiff,

v.                                 Case No.: 1:10−cv−05235

                                     Honorable Sharon Johnson Coleman

Anita Alvarez

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 24, 2012:

      MINUTE entry before Honorable Sharon Johnson Coleman: Status hearing set for 10/29/2012 is stricken and reset to 12/10/2012 at 09:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.