# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| The American Civil Liberties Union of Illinois, Colleen Connell and Allison Carter <br> *Plaintiff* <br> v. <br> Anita Alvarez, *Cook County State's Attorney, in her official capacity* <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 10 C 5235 |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

√ other: Judgment is entered in favor of plaintiffs, The American Civil Liberties Union of Illinois, Colleen Connell and Allison Carter and against defendant, Anita Alvarez, *Cook County State's Attorney, in her official capacity*.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

√ decided by Judge  Sharon Johnson Coleman  on a motion for summary judgment.

Date:  1/14/2013

Thomas G. Bruton, Clerk of Court

*/s/ Robbie T. Hunt*

*Signature of Clerk or Deputy Clerk*