# EXHIBIT A

**AMERICAN CIVIL LIBERTIES UNION OF ILLINOIS, ET AL. V. ALVAREZ**
**Case No. 10-CV-5235**

**ITEMIZATION OF FILING FEES INCLUDED IN BILL OF COSTS**

| Date | Description | Charge |
|---|---|---|
| 8/19/10 | Fee for filing complaint in the Northern District Court of Illinois | $350.00 |
| 3/4/11 | Fee for notice of appeal filed in the Seventh Circuit | $455.00 |

**TOTAL: $805.00**

ACLU v. Alvarez

# Logan Turner

| | |
|---|---|
| From: | paygovadmin@mail.doc.twai.gov |
| Sent: | Thursday, August 19, 2010 9:20 AM |
| To: | Logan Turner |
| Subject: | Pay.Gov Payment Confirmation |

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Transaction Summary

Application Name: ILND CM ECF
Pay.gov Tracking ID: 251AM39O
Agency Tracking ID: 0752-5133594

Account Holder Name: Adam Schwartz
Transaction Type: Sale
Transaction Amount: $350.00
Billing Address: 180 North Michigan Avenue Billing Address 2: Suite 2300
City: Chicago
State/Province: IL
Zip/Postal Code: 606017401
Country: USA
Card Type: Visa
Card Number: ************1868
Transaction Date: Aug 19, 2010 10:20:27 AM

# Bank of America



**Bank of America
Corporate Purchasing Card
Cardholder Activity**

| | |
|---|---|
| Statement Date | 03-04-11 |
| Credit Limit | $5,000 |
| Cash Limit | $0 |
| Days in Billing Cycle | 28 |

This is Not a Bill
Do Not Pay

Total Activity     $459.50

JOANN M BUSS
SIDLEY AUSTIN-DOCKET

**Card Account Number:**
XXXX-XXXX-XXXX-2032

Page 1 of 1

## CARDHOLDER ACTIVITY

| Post Date | Tran Date | Reference Number | Transactions | MCC | Charge | Credit |
|---|---|---|---|---|---|---|
| 02-07 | 02-04 | 24445001036600272398823 | COURTS/USDC-IL-T   312-435-6066 IL | 9399 | 455.00 | |
| 02-28 | 02-24 | 24246131056980000008949 | COOK COUNTY RECORDER OF D CHICAGO   IL | 9399 | 4.50 | |

① 10055-90030 Matthew Takesin
② 51488-90020 Susan Razzano

*OK to pay* [signature] 3/11/11

**Customer Service**
1.888.449.2273, 24 hours

**Outside the U.S.**
1.509.353.6656, 24 hours

**For Lost or Stolen Card:**
1.888.449.2273, 24 hours

**Send Billing Inquiries to:**
BANK OF AMERICA
PO BOX 15184
WILMINGTON DE 19850-5184

*Received MAR 1 4 20  Chicago AP*

| Account Summary | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Credits | − | $0.00 |
| Cash | + | $0.00 |
| Purchases | + | $459.50 |
| Other Debits | + | $0.00 |
| Overlimit Fees | + | $0.00 |
| Cash Fees | + | $0.00 |
| Other Fees | + | $0.00 |
| Total Activity | = | $459.50 |

Please see the reverse side for information about your account.

---

**Corporate Purchasing Card**      **Bank of America**

| | |
|---|---|
| Account No. | XXXX-XXXX-XXXX-2032 |
| Total Activity | $459.50 |

Cardholder Signature     Date

Manager Signature     Date

JOANN M BUSS
SIDLEY AUSTIN-DOCKET
1 S DEARBORN ST
CHICAGO IL 60603-2302

**P0056101

4715290005732032000000000000000

⑆ 549990011⑆ 000500057320 3 2 ⑈

**Buss, JoAnn**

| | |
|---|---|
| From: | paygovadmin@mail.doc.twai.gov |
| Sent: | Friday, February 04, 2011 12:27 PM |
| To: | Buss, JoAnn |
| Subject: | Pay.Gov Payment Confirmation |

```
THIS IS AN AUTOMATED MESSAGE.   PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Transaction Summary

Application Name: ILND CM ECF
Pay.gov Tracking ID: 252GDFB4
Agency Tracking ID: 0752-5674814

Account Holder Name: JoAnn M. Buss
Transaction Type: Sale
Transaction Amount: $455.00
Billing Address: One South Dearborn Street
City: Chicago
State/Province: IL
Zip/Postal Code: 60603
Country: USA
Card Type: Visa
Card Number: ************2032
Transaction Date: Feb 4, 2011 1:26:47 PM
```

Matthew Takesin
10055-90030

Notice of Appeal
10 CV 5235
USDC, Northern District of IL

1