IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE AMERICAN CIVIL LIBERTIES UNION OF ILLINOIS, COLLEEN CONNELL, and ALLISON CARTER, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 10 CV 5235 |
| v. | ) ) | Judge Sharon Johnson Coleman |
| ANITA ALVAREZ, Cook County State's Attorney, in her official capacity, | ) ) ) ) | Magistrate Judge Sidney I. Schenkier |
| Defendant. | ) ) | |

## ORDER

This cause coming to be heard on plaintiffs' unopposed motion for fees, costs, and expenses,

**IT IS HEREBY ORDERED** that the County of Cook, on behalf of Anita Alvarez, in her official capacity as Cook County State's Attorney, is to pay plaintiff the American Civil Liberties Union of Illinois the sum of $645,549 for all attorney fees, taxable costs, and non-taxable expenses in this case.

DATED: 5th day of March, 2013

_____
Sharon Johnson Coleman
United States District Court Judge